IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01179-MSK-KLM

QDOBA RESTAURANT CORPORATION,

    Plaintiff,

v.

TAYLORS, LLC,

    Defendant.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

THIS MATTER comes before the Court on the Plaintiff's Amended Complaint filed in response to the Court's Order to Show Cause **(#2)** dated June 9, 2008. Having considered the same,

**IT IS HEREBY ORDERED** that the Order to Show Cause is deemed satisfied and is **DISCHARGED**.

Dated this 24th day of June, 2008

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge