IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01179-MSK-KLM

QDOBA RESTAURANT CORPORATION,

    Plaintiff,

v.

TAYLORS, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Plaintiff **Qdoba's Unopposed Motion to Strike Taylor's Jury Demand** [Docket No. 42; Filed November 7, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. By agreement of the parties, Defendant Taylors, LLC's "Demand for Jury Trial" is **stricken** from Defendant's Answer and Affirmative Defenses to Second Amended Complaint and Counterclaim [Docket No. 41].

Dated: November 10, 2008