IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01179-MSK-KLM

QDOBA RESTAURANT CORPORATION,

    Plaintiff,

v.

TAYLORS, LLC,

    Defendant.

_____

# ORDER OF RECUSAL
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter was drawn to me and was subsequently referred to me by District Judge Marcia S. Krieger [Docket No. 4] for pretrial case management. Recently, Michael E. Lindsay, Esq., of Snell & Wilmer, LLP, entered his appearance on behalf of Plaintiff.

    Pursuant to 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify herself "in any proceeding in which [her] impartiality might reasonably be questioned." In view of my longtime professional relationship with Mr. Lindsay, and in order to avoid the appearance of impropriety, I hereby recuse myself from this action. The Clerk of the Court shall assign another Magistrate Judge to this case.

Dated: November 24, 2008

                                                        BY THE COURT:

                                                        s/ Kristen L. Mix
                                                        Kristen L. Mix
                                                        United States Magistrate Judge