IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**


Civil Action No. 08-cv-01179-MSK-KMT


QDOBA RESTAURANT CORPORATION,

        Plaintiff,

v.

TAYLORS, LLC,

        Defendant.

---

## MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge

"Taylors, LLC Agreed Motion for Leave to File Amended Answer and Affirmative Defenses to Second Amended Complaint and Counterclaims" [Document #74, filed February 13, 2009] is **GRANTED**. The clerk shall accept for filing, "Taylors, LLC Amended Answer and Affirmative Defenses to Second Amended Complaint and Counterclaims."

Dated this 17th day of February, 2009.