### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover          Date: July 8, 2009
Court Reporter:   Paul Zuckerman

Civil Action No. 08-cv-01179-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| QDOBA RESTAURANT CORPORATION, | Bradley Block |
| | Michael Lindsay |
| Plaintiff, | |
| v. | |
| TAYLORS, LLC, | Harry Souvall |
| | Mikhael Buchanan |
| Defendant. | Robert Einhorn |
| | Robert Zarco |
| | Jon-Mark Patterson |

### COURTROOM MINUTES

HEARING:   Rule 702 - Evidentiary

**1:35 p.m.      Court in session.**

Opening statements by counsel Block and Zarco.

**Witness sworn for the defendant : David Lanter:**
**2:20 p.m.**     Direct Examination by Mr. Zarco.

Cross examination of witness by Mr. Block.

**Court in recess:**    **2:44 p.m.**
**Court in session:**   **2:57 p.m.**

Continued cross examination of witness by Mr. Block.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Re-direct examination of witness by Mr. Zarco.

No further witnesses for either party.

Argument by counsel Zarco and Block.

**EXHIBITS:   Received:**     1, 2 (for purposes of this hearing)

Oral findings are made of record and incorporated herein.

**ORDER:**   Based upon a preponderance of evidence standard the two challenged foundational requirements for the opinion have been satisfied by the defendants.

**4:02 p.m.**   **Court in recess.**

**Total Time:   2 hours 14 minutes.**
**Hearing concluded.**